PLG DAMAGE ATTORNEYS
VINIT R. VENKATESH (367857)
VV@PLGDAMAGE.COM
2750 SW 145TH AVENUE #509
MIRAMAR, FLORIDA 33027
ATTORNEYS FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**Anissa Steele**, individually and on behalf of all others similarly situated,

Plaintiff,

v.

**MapleCoverage LLC,**

Defendant.

Case No.: **2:26-cv-01679-CKD**

**ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS**

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that:

1. The Parties' Joint Motion for Extension of Time to File Dispositional Documents is **GRANTED**.

2. The deadline for the parties to file dispositional documents pursuant to Local Rule 160 is extended to and including November 7, 2026.

**IT IS SO ORDERED.**

Dated: October 8, 2026

Carolyn K. Delaney

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

7, stee.26cv1679