MORGAN, LEWIS & BOCKIUS LLP
Brian C. Frontino (SBN 222032)
brian.frontino@morganlewis.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Tel: +310.907.1000
Fax: +1.310.907.1001

Attorney for Defendant
*MapleCoverage, LLC*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANISSA STEELE, *individually and on behalf of all others similarly situated,*<br>Plaintiff,<br>vs.<br>MAPLECOVERAGE LLC,<br>Defendant. | Case No. 2:26-cv-01679-CKD<br><br>**~~[PROPOSED]~~ ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that:

1. The Parties' Joint Motion for Extension of Time to File Dispositional Documents is **GRANTED**.

2. The deadline for the parties to file dispositional documents pursuant to Local Rule 160 is extended to and including December 7, 2026.

**IT IS SO ORDERED.**

Dated: 11/09/26

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

7, stee.26cv1679